

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-13-00346-CR

**IN RE SUZANNE KRAMER**

**CAPIAS ORDER**

TO THE SHERIFF OR ANY CONSTABLE OF BEXAR COUNTY, TEXAS:

On January 29, 2014, this Court ordered as follows:

Ms. Kramer is hereby ORDERED to appear on February 12, 2014 at 2:00 p.m. before a panel consisting of Justice Marion, Justice Barnard, and Justice Martinez, and show cause why she should not be held in civil and criminal contempt of this court and/or suspended from practice before this court for violating this court's orders to timely file appellant's brief.

On February 12, 2014, this Court was called to order and the case called for the purpose of Suzanne Kramer appearing to show cause why she should not be held in contempt. Although properly served, Suzanne Kramer failed to appear.

**IT IS THEREFORE THE ORDER OF THIS COURT** that capias issue forthwith for SUZANNE KRAMER and that she be seized and safely held by being placed in confinement in any county jail or other lockup within the County of Bexar, State of Texas, in order to ensure her appearance before this Court when it next convenes.

**IT IS SO ORDERED THIS THE 12TH DAY OF FEBRUARY, 2014.**

_____
Sandee Bryan Marion, Justice

_____
Marialyn Barnard, Justice

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on February 12, 2014.

_____
Keith E. Hottle
Clerk of Court